UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIS RENEE ANDERSON,

                Plaintiff,

-against-

GM & MORTON & SHAREHOLDERS;
MARY BARRA; MARK REUSS; DAN
AMMANN,

                Defendants.

21-CV-7970 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated September 28, 2021, the Court directed Plaintiff, within thirty days, to either pay the $402.00 in fees required to file a civil action in this Court or file an amended application to proceed *in forma pauperis* (IFP). (ECF 5.) On October 26, 2021, the order was returned to the Court with a notation on the envelope indicating that the mail was undeliverable to that address. Plaintiff has not complied with the Court's order, has failed to notify the Court of a change of mailing address, and has not initiated any further contact with the Court, written or otherwise. Accordingly, the Court dismisses Plaintiff's complaint without prejudice. *See* 28 U.S.C. §§ 1914, 1915. The Clerk of Court is directed terminate all pending motions.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: October 28, 2021
       New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge