UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXIS RENEE ANDERSON,<br><br>      Plaintiff,<br><br> -against-<br><br>GM & MORTON & SHAREHOLDERS;<br>MARY BARRA; MARK REUSS; DAN<br>AMMANN,<br><br>      Defendants. | 21-CV-7970 (LTS)<br><br>CIVIL JUDGMENT |

 Pursuant to the order issued October 28, 2021, dismissing the complaint,

 IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

 IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  October 28, 2021
    New York, New York

             /s/ Laura Taylor Swain
             LAURA TAYLOR SWAIN
            Chief United States District Judge